**TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 E. CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor

19-04424

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Tana Curry<br><br>　　　　Debtors.<br>_____<br>U.S. Bank National Association<br><br>　　　　Secured Creditor,<br>　　vs.<br><br>Tana Curry, Debtors; Russell Brown, Trustee.<br><br>　　　　Respondents. | Chapter 13<br><br>Case No. 2:19-bk-12412-PS<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>IN RE: Real Property Located at<br>4115 W Mescal St<br>Phoenix, AZ 85029 |

　　　U.S. Bank National Association, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

　　　The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to U.S. Bank National Association in the approximate amount of $1,608.57. U.S. Bank National Association

is in the process of filing a Proof of Claim. U.S. Bank National Association requests that the arrearages be paid through the Plan.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief as this Court deems just and proper.

DATED this 8th day of November, 2019.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

BY: /s/ LJM #014228
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
November 8, 2019 to:

Tana Curry
4115 West Mescal Street
Phoenix, AZ 85029
Debtors

Thomas Adams McAvity
4602 E Thomas Rd,
Ste S-9
Phoenix, AZ 85028
Attorney for Debtor

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965
Trustee

By: Jody Wilkens

Case 2:19-bk-12412-PS    Doc 29    Filed 11/08/19    Entered 11/08/19 15:33:05    Desc
Main Document    Page 2 of 2