Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
Phone: 602.277.8996
*mail@ch13bk.com*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

**TANA M. CURRY,** (xxx-xx-4118)   Chapter 13

Case No. 2-19-bk-12412 PS

4115 WEST MESCAL STREET
PHOENIX, AZ 85029

Debtor.

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT FOR PREPETITION ARREARS ON MORTGAGE CLAIM**

Pursuant to Rule 3002.1(f), F.R.B.P., Russell Brown, Chapter 13 Trustee, files this Notice of Final Cure Payment to the creditor listed below that the amount required to cure the prepetition arrearage in the claim listed below, has been paid in full. This is a not a conduit mortgage payment case and the Debtor is paying the post-petition mortgage payments directly to the claimant. To assist the creditor in reconciling the claim, a history of payments by the Trustee is provided.

| Creditor | Claim Number | Amount of Prepetition Arrearage in Proof of Claim | Amount of Prepetition Arrearage to be Paid by Trustee Per Confirmed Plan | Amount of Prepetition Arrearage Paid By Trustee |
|---|---|---|---|---|
| US BANK HOME MORTGAGE<br>4801 FREDERICA ST.<br>OWENSBORO, KY 42301<br>(800) 365-7772 | 006 | $1,608.57 | $1,608.57 | $1,608.57 |

Last Four Digits of Account Number: 4073
Date Proof of Claim Filed: 11/20/2019
Date of Last Trustee Pmt to Claimant: 01/27/2021
Description: 4115 W. MESCAL ST., PHOENIX, AZ 85029

*Trustee's Disbursement History:*

| Date | Check # | Principal Amt | Interest Amt | Total |
|---|---|---|---|---|
| 09/29/2020 | 785106 | $24.54 | $0.00 | $24.54 |
| 10/29/2020 | 785845 | $414.62 | $0.00 | $414.62 |
| 11/25/2020 | 786551 | $414.62 | $0.00 | $414.62 |
| 12/30/2020 | 787286 | $414.62 | $0.00 | $414.62 |
| 01/27/2021 | 788040 | $340.17 | $0.00 | $340.17 |
| Total Amounts Paid: | | $1,608.57 | $0.00 | $1,608.57 |

Pursuant to Rule 3002.1(g), F.R.B.P., within 21 days, **US BANK HOME MORTGAGE,** or the current holder of the claim, is **obligated** to file with the Bankruptcy Court and serve a statement as a supplement to its proof of claim stating: (1) whether it agrees that the Debtor has paid in full the amount required to cure default on the claim; and (2) whether the Debtor otherwise is current on all post-petition payments consistent with § 1325(b)(5) of the Code. The claimant's statement shall itemize the required cure or post-petition amounts, if any, that the holder of the claim contends remains unpaid as of the date of the statement. **After the filing of the statement of the holder of the claim, the Trustee does not intend to file a motion pursuant to Rule 3002.1(h), but the Debtor is entitled to do so.**

*/s/ Russell Brown, Trustee*

A copy was mailed or emailed to:

US BANK HOME MORTGAGE
4801 FREDERICA ST.
OWENSBORO, KY 42301

US BANK HOME MORTGAGE
4801 FREDERICA ST.
OWENSBORO, KY 42301

BONIAL & ASSOCIATES PC
P.O. BOX 9013
ADDISON, TX 75001

TANA M. CURRY
4115 WEST MESCAL STREET
PHOENIX, AZ 85029

PHOENIX FRESH START
tom@nwrelief.com
Attorney for Debtor

mbacon@ch13bk.com