Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:

TANA CURRY

Debtor

Chapter: 13

Case No. 2:19-bk-12412-PS

DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

TANA CURRY(the "Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 1307(b) of the Bankruptcy Code, hereby elect to dismiss this Chapter 13 case. Therefore, the Debtors respectfully request that the Court enter an Order dismissing the above captioned Chapter 13 proceeding. The Debtor is entitled to dismiss this case because:

1. This case was filed on September 29, 2019 and is a case filed under Chapter 13 of the Bankruptcy Code.

2. This case has not previously been converted under section 706 or 1112 of the Bankruptcy Code.

3. The Debtor wants to dismiss her case.

WHEREFORE, the Debtor respectfully requests that the Court dismiss this case and have lodged a form of order herewith.

Dated: March 25, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on March 25, 2021 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

By: */s/Tom McAvity*