United States Bankruptcy Court
District of Arizona

In re:  Case No. 19-12412-PS
TANA CURRY  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: fagans     Page 1 of 3
Date Rcvd: Mar 25, 2021     Form ID: pdf002     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | TANA CURRY, WEST MESCAL STREET, PHOENIX, AZ 85029 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15784113 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa FL 33634-2413 |
| 15856645 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15784114 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington DE 19899-8801 |
| 15876826 | + | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 15843838 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15784123 | + | Kia Motors Finance Co, Attn: Bankruptcy, Po Box 20825, Fountain Valley CA 92728-0825 |
| 15844319 | | U.S. Bank National Association, Leonard McDonald, Seventh Floor Camelback Esplanade II, 2525 E. Camelback Rd, Phoenix, AZ 85016 |
| 15859433 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 15784128 | + | Us Bank Home Mortgage, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-2511 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Mar 26 2021 02:23:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 15784111 | + | Email/Text: amscbankruptcy@adt.com | Mar 26 2021 02:26:00 | ADT, 3190 S Vaugn Way, Aurora CO 80014-3512 |
| 15784112 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 26 2021 02:23:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 15784115 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Mar 26 2021 01:40:18 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin OH 43016 |
| 15784116 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 01:38:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15845208 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 01:38:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15784117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 02:24:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 15784118 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 02:24:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 15784119 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 26 2021 02:25:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine CA 92619-7071 |
| 15784120 | | Email/Text: mrdiscen@discover.com | Mar 26 2021 02:23:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington DE 19850 |
| 15801654 | | Email/Text: mrdiscen@discover.com | Mar 26 2021 02:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15784121 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 26 2021 02:25:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City NV 89721-2048 |
| 15784122 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 02:23:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 15866118 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 26 2021 02:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15784124 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 26 2021 02:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 15874685 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 01:49:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15787256 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 01:49:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15784125 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 01:37:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15784126 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 01:48:45 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15784127 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 02:00:41 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15859433 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2021 02:24:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 15784128 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2021 02:24:00 | Us Bank Home Mortgage, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-2511 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed

below:

| Name | Email Address |
| --- | --- |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor TANA CURRY documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  ) Chapter: 13
) 
) Case No.  2:19-bk-12412-PS
TANA CURRY )
)
Debtor ) ORDER DISMISSING CHAPTER 13 CASE
)
)
)

The Court having considered the Debtors' Motion to Voluntarily Dismiss Chapter 13 Case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** dismissing this Chapter 13 case.

**DATED AND SIGNED ABOVE**

Debtor's Motion to Dismiss